UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Troy Adam ASHMUS,<br><br>    Petitioner,<br><br>    v.<br><br>Robert L. AYERS Jr., Warden of San Quentin State Prison,<br><br>    Respondent. | Case Number 3-93-cv-594-TEH<br><br>DEATH-PENALTY CASE<br><br>ORDER REGARDING DOCUMENTS REVIEWED IN CAMERA, DIRECTING FILING OF CASE-MANAGEMENT STATEMENT, AND DESIGNATING ACTION FOR ELECTRONIC CASE FILING |

    As ordered by the Court, the parties have submitted for review in camera documents contained in Petitioner's trial counsel's files and the District Attorney's files that they declined to make available to each other for inspection and copying, and they have filed notices in which they itemized and described generally such documents and identified the bases on which they believe such materials are not properly subject to disclosure. The Court has reviewed these documents and the alleged bases for non-disclosure thoroughly and carefully. Good cause appearing therefor, the Court finds and concludes as follows.

    Petitioner's Items 1–26, 28–30, and 32–44 are beyond the scope of the subject matter in the pending action and are not relevant. Petitioner need not disclose these documents.

    Petitioner's asserted bases for non-disclosure of his Items 27 and 31 are insufficient to avoid disclosure: these documents are relevant and the Protective Order Regarding Privileged

1 | Protected Materials entered in the present action resolves any concerns related to the work-
2 | product doctrine.  Petitioner shall disclose these documents to Respondent within ten days after
3 | receipt of the present order.

4 |     Respondent's Items 1–2 and 8–20 are not protected from disclosure in the present action
5 | by the attorney–work-product doctrine because they are or are recordings of communications
6 | between Respondent's counsel and a nonparty to the present action, Timothy M. Frawley, Esq.,
7 | of the Office of the District Attorney of Sacramento County.  Respondent shall disclose these
8 | documents within ten days after receipt of the present order.

9 |     The Protective Order Regarding Privileged Protected Materials entered in the present
10 | action resolves the privacy concerns that underlie Respondent's asserted bases for non-disclosure
11 | of his Items 3–7.  Respondent shall disclose these documents within ten days after receipt of the
12 | present order.

13 |     The parties shall meet and confer and, within thirty days after receipt of the present order,
14 | shall file a joint case-management statement including any updated proposed schedule or
15 | schedules.

16 |     Pursuant to General Order 45, the present action is hereby designated for Electronic Case
17 | Filing.  Information regarding the ECF program and its requirements may be found online at
18 | ecf.cand.uscourts.gov.  A copy of all documents submitted to and communications with the
19 | Court that cannot be submitted through ECF shall be provided to $G^{eo}$ O. Kolombatovich, Death
20 | Penalty Staff Attorney, United States District Court for the Northern District of California, 450
21 | Golden Gate Avenue, Box 36060, San Francisco, CA  94102-3489, +1 415 522 2718, +1 415
22 | 522 4754 (fax), g_o_kolombatovich@cand.uscourts.gov.

*It is so ordered.*

DATED:  April 17, 2007

                              THELTON E. HENDERSON
                              United States Senior District Judge

Case No. 3-93-cv-594-TEH
ORDER REGARDING DOCUMENTS REVIEWED IN CAMERA, DIRECTING FILING OF CASE-MANAGEMENT
STATEMENT, AND DESIGNATING ACTION FOR ELECTRONIC CASE FILING
(DPSAGOK)

1 | Copies of Order mailed on _____ to:

2 | Michael Laurence, Esq.
Jeannie S. Sternberg, Esq.
3 | Lorena M. Chandler, Esq.
Susan Garvey, Esq.
4 | Habeas Corpus Resource Center
50 Fremont Street, Suite 1800
5 | San Francisco, CA  94105

6 | Edmund G. Brown Jr., Esq.
David S. Chaney, Esq.
7 | Gerald A. Engler, Esq.
Dane R. Gillette, Esq.
8 | Ronald S. Matthias, Esq.
Office of the Attorney General
9 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
10 |
Federal Court Docketing
11 | California Appellate Project
101 Second Street, Suite 600
12 | San Francisco, CA  94105

3

Case No. 3-93-cv-594-TEH
ORDER REGARDING DOCUMENTS REVIEWED IN CAMERA, DIRECTING FILING OF CASE-MANAGEMENT STATEMENT, AND DESIGNATING ACTION FOR ELECTRONIC CASE FILING
(DPSAGOK)