UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Troy Adam ASHMUS,<br><br>                Petitioner,<br><br>       v.<br><br>Robert L. AYERS Jr., Warden of San Quentin State Prison,<br><br>                Respondent. | Case Number 3-93-cv-594-TEH<br><br><u>DEATH-PENALTY CASE</u><br><br>ORDER DIRECTING FILING OF JOINT STATEMENT REGARDING DISCOVERY |

    Good cause appearing therefor, the parties shall meet and confer and, not later than thirty days after the filing of the present order, shall file a joint statement on the status of discovery in this action. The joint statement shall include a proposed schedule or schedules for concluding discovery related to the claims on which the Court has granted an evidentiary hearing; in particular, the joint statement shall include a proposed discovery cut-off date for these claims.

*It is so ordered.*

DATED: 10/9, 2007

THELTON E. HENDERSON
United States Senior District Judge

Case No. 3-93-cv-594-TEH
ORDER DIRECTING FILING OF JOINT STATEMENT REGARDING DISCOVERY
(DPSAGOK)