1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                          SAN FRANCISCO DIVISION
11

| Troy Adam ASHMUS, | Case Number 3-93-cv-594-TEH |
| Petitioner, | DEATH-PENALTY CASE |
| v. | ORDER ADOPTING JOINTLY PROPOSED SCHEDULE FOR SUBMISSION OF STATEMENT |
| Robert L. AYERS Jr., Warden of San Quentin State Prison, | |
| Respondent. | |

    The parties have submitted a Joint Report on the Status of Discovery Pursuant to Court Order of October 9, 2007. In their Report, the parties jointly propose a schedule for the submission of a further joint statement.

    Good cause appearing therefor, the Court adopts the parties' proposed schedule. Accordingly, the parties shall meet and confer and shall file a joint statement on or before January 7, 2008, which shall include a statement of undisputed and disputed facts. In addition, the statement shall address the status of discovery relating to the efforts of the California Department of Corrections and Rehabilitation to produce discovery in *Frye v. Ayers*, No. CIV S-99-0628 LKK JFM (E.D. Cal.); the feasibility of establishing a discovery cut-off date and date for exchanging final witness and exhibit lists no less than 30 and no more than 90 days following January 7, 2008; suggested procedures for conducting the evidentiary hearing; and any other

1  matter that either party believes will require the Court's attention before selecting a date for the
2  evidentiary hearing.

3                                                                                          *It is so ordered.*

6  DATED: __12/4/__, 2007            _____
                                     THELTON E. HENDERSON
                                     United States Senior District Judge