UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| TROY A. ASHMUS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROBERT L. AYERS, Warden of<br>California State Prison at San Quentin,<br><br>　　　　Respondent. | Case Number 3:93-cv-00594-TEH<br><br>DEATH-PENALTY CASE<br><br>ORDER EXTENDING THE TIME<br>TO FILE JOINT STATEMENT ON UNDISPUTED<br>AND DISPUTED FACTS, DISCOVERY STATUS,<br>AND PROPOSAL FOR FURTHER SCHEDULING |

PURSUANT TO STIPULATION, the parties' request to extend the time to file the Joint Statement On Undisputed And Disputed Facts, Discovery Status, And Proposal For Further Scheduling is hereby granted; the Joint Statement is due on May 9, 2008.

*It is so ordered.*

Dated: February __8__, 2008

_____
THELTON E. HENDERSON
United States District Judge

SECOND STIPULATION AND ORDER EXTENDING TIME TO FILE JOINT STATEMENT
*ASHMUS V. AYERS*, NO. 3:93-cv-00594-TEH