UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| TROY A. ASHMUS, | Case Number 3:93-cv-00594-TEH |
| Petitioner, | DEATH PENALTY CASE |
| v. | [PROPOSED] ORDER EXTENDING THE TIME TO FILE JOINT STATEMENT ON UNDISPUTED AND DISPUTED FACTS, DISCOVERY STATUS, AND PROPOSAL FOR FURTHER SCHEDULING |
| ROBERT L. AYERS, Warden of California State Prison at San Quentin, | |
| Respondent. | |

PURSUANT TO STIPULATION, the parties' request to extend the time to file the Joint Statement On Undisputed And Disputed Facts, Discovery Status, And Proposal For Further Scheduling is hereby due on May 21, 2008.

*It is so ordered.*

Dated:  05/14  , 2008

_____
THELTON E. HENDERSON
United Stated Senior District Judge

THIRD STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE JOINT STATEMENT
*ASHMUS V. AYERS*, NO. 3:93-cv-00594-TEH                    4