UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| TROY A. ASHMUS, | ) Case Number 3:93-cv-00594-TEH |
| Petitioner, | ) DEATH PENALTY CASE |
| v. | ) [PROPOSED] ORDER CHANGING TIME OF JOINT CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE |
| ROBERT L. AYERS, Warden of California State Prison at San Quentin, | ) |
| Respondent. | ) |

PURSUANT TO STIPULATION, the parties' request to change the time of the Joint Case Management Statement and Case Management Conference is granted. The Case Management Conference is hereby rescheduled for February 23, 2009, at 10:00 a.m. The parties are to file the Joint Case Management Statement no later than February 13, 2009.

*It is so ordered.*

Dated: 01/07, 2009

_____
THELTON E. HENDERSON
United Stated Senior District Judge

STIPULATION AND ORDER CHANGING
TIME OF JOINT CASE MANAGEMENT CONFERENCE
*ASHMUS V. AYERS*, NO. 3:93-cv-00594-TEH

4