UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Troy Adam ASHMUS,<br><br>    Petitioner,<br><br>  v.<br><br>Robert K. WONG, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case Number 3-93-cv-594-TEH<br><br>DEATH-PENALTY CASE<br><br>ORDER REGARDING DOCUMENTS REVIEWED IN CAMERA |

  The Court has reviewed in camera seventy-two documents submitted by Petitioner. Good cause appearing therefor, the Court finds and concludes that Documents 1–23, 25–33, and 36–72 are not relevant in the present action and therefore are not subject to discovery. However, Documents 24, 34, and 35 are relevant, and the protective order entered in this matter resolves any concerns related to privileges and the work-product doctrine. Petitioner shall disclose Documents 24, 34, and 35 to Respondent within ten days after the filing of the present order.

*It is so ordered.*

DATED: 03/10/09

THELTON E. HENDERSON
United States Senior District Judge

Case No. 3-93-cv-594-TEH
ORDER REGARDING DOCUMENTS REVIEWED IN CAMERA
(DPSAGOK)