MICHAEL LAURENCE (State Bar No. 121854)
JEANNIE R. STERNBERG (State Bar No. 79353)
LORENA M. CHANDLER (State Bar No. 84314)
SUSAN GARVEY (State Bar No. 187572)
HABEAS CORPUS RESOURCE CENTER
303 Second Street, Suite 400 South
San Francisco, California 94107
Telephone: (415) 348-3800
Facsimile:  (415) 348-3873
Mlaurence@hcrc.ca.gov
docketing@hcrc.ca.gov

Attorneys for Petitioner TROY A. ASHMUS

EDMUND G. BROWN JR.
Attorney General of the State of California
GLENN R. PRUDEN
Supervising Deputy Attorney General
RONALD S. MATTHIAS (State Bar No. 104684)
Senior Assistant Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, California 94102
Telephone: (415) 703-5858
Facsimile:  (415) 703-1234
Ronald.Matthias@doj.ca.gov

Attorneys for Respondent ROBERT K. WONG

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| TROY A. ASHMUS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROBERT K. WONG, Acting Warden of California State Prison at San Quentin,<br><br>　　　　Respondent. | Case Number 3:93-cv-00594-TEH<br><br>DEATH PENALTY CASE<br><br>[PROPOSED] ORDER GRANTING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR JIMMY RAY WILLIAMSON |

　　　　GOOD CAUSE APPEARING, and pursuant to stipulation of the parties, a Writ of Habeas Corpus Ad Testificandum for Jimmy Ray Williamson, a prisoner in state custody, is hereby GRANTED.

　　　　The Warden of Pelican Bay State Prison shall release Jimmy Ray Williamson, identified as California inmate number D-34288, to the custody of the United States Marshal for

1  appearance before this Court on January 19, 2010, at 8:30 a.m. in Courtroom 12, 450 Golden
2  Gate Ave., San Francisco, California 94102.  The prisoner shall remain in the custody of the
3  United States Marshal until his presence before the Court is no longer required.

5  DATED:_____01/04/2010_____  _____
6  THELTON E. HENDERSON
7  United States Senior District Judge

