MICHAEL LAURENCE (State Bar No. 121854)
JEANNIE R. STERNBERG (State Bar No. 79353)
LORENA M. CHANDLER (State Bar No. 84314)
SUSAN GARVEY (State Bar No. 187572)
HABEAS CORPUS RESOURCE CENTER
303 Second Street, Suite 400 South
San Francisco, California 94107
Telephone: (415) 348-3800
Facsimile: (415) 348-3873
Mlaurence@hcrc.ca.gov
docketing@hcrc.ca.gov

Attorneys for Petitioner TROY A. ASHMUS

EDMUND G. BROWN JR.
Attorney General of the State of California
GLENN R. PRUDEN
Supervising Deputy Attorney General
RONALD S. MATTHIAS (State Bar No. 104684)
Senior Assistant Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, California 94102
Telephone: (415) 703-5858
Facsimile: (415) 703-1234
Ronald.Matthias@doj.ca.gov

Attorneys for Respondent ROBERT K. WONG

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO HEADQUARTERS

| | | |
|---|---|---|
| TROY A. ASHMUS,<br><br>Petitioner,<br><br>v.<br><br>ROBERT K. WONG, Acting Warden of California State Prison at San Quentin,<br><br>Respondent. | ) | Case Number 3:93-cv-00594-TEH<br><br>DEATH PENALTY CASE<br><br>~~[PROPOSED]~~ **MODIFIED WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR RONNY MOZINGO** |

To the Secretary of the California Department of Corrections and Rehabilitation, Mr. Matthew Cate, the Warden of Richard J. Donovan Correction Facility, George Neotti, and to the Warden or Sheriff of all correctional facilities and jails in the State of California.

The Prisoner Ronny Mozingo, identified as California inmate number D-63489 is now in custody in your jurisdiction. He is required to appear to testify *Ashmus v. Wong*, 3:93-cv-00594-

TEH, in the United States District Court for the Northern District of California, Courtroom 12, 450 Golden Gate Ave., San Francisco, California 94102.

WE COMMAND that you produce the prisoner in this Court on January 19, 2010, at 8:30 a.m. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court or further order of the Court.

GOOD CAUSE APPEARING, and pursuant to stipulation of the parties, a Writ of Habeas Corpus Ad Testificandum for Ronny Mozingo, a prisoner in state custody, is hereby GRANTED.

DATED: 01/07/10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Thelton E. Henderson

THELTON E. HENDERSON
United States District Judge