1  MICHAEL LAURENCE (State Bar No. 121854)
   JEANNIE R. STERNBERG (State Bar No. 79353)
2  LORENA M. CHANDLER (State Bar No. 84314)
   SUSAN GARVEY (State Bar No. 187572)
3  HABEAS CORPUS RESOURCE CENTER
   303 Second Street, Suite 400 South
4  San Francisco, California 94107
   Telephone: (415) 348-3800
5  Facsimile:  (415) 348-3873
   Mlaurence@hcrc.ca.gov
6  docketing@hcrc.ca.gov

7  Attorneys for Petitioner TROY A. ASHMUS


8  EDMUND G. BROWN JR.
   Attorney General of the State of California
9  GLENN R. PRUDEN
   Supervising Deputy Attorney General
10 RONALD S. MATTHIAS (State Bar No. 104684)
   Senior Assistant Attorney General
11 455 Golden Gate Ave., Suite 11000
   San Francisco, California 94102
12 Telephone:  (415) 703-5858
   Facsimile:  (415) 703-1234
13 Ronald.Matthias@doj.ca.gov

14 Attorneys for Respondent ROBERT K. WONG

15

16 UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

17                      SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| 18  TROY A. ASHMUS, | Case Number 3:93-cv-00594-TEH |
| 19         Petitioner, | <u>DEATH PENALTY CASE</u> |
| 20      v. | [~~PROPOSED~~] **MODIFIED WRIT OF HABEAS CORPUS AD** |
| 21  ROBERT K. WONG, Acting Warden of California State Prison at San Quentin, | **TESTIFICANDUM FOR RONNY MOZINGO** |
| 22         Respondent. | |

23

24      To the Secretary of the California Department of Corrections and Rehabilitation, Mr.

25 Matthew Cate, the Warden of Richard J. Donovan Correction Facility, George Neotti, and to the

26 Warden or Sheriff of all correctional facilities and jails in the State of California.

27      The Prisoner Ronny Mozingo, identified as California inmate number D-63489 is now in

28 custody in your jurisdiction.  He is required to appear to testify *Ashmus v. Wong*, 3:93-cv-00594-

TEH, in the United States District Court for the Northern District of California, Courtroom 12, 450 Golden Gate Ave., San Francisco, California 94102.

WE COMMAND that you produce the prisoner in this Court on January 19, 2010, at 8:30 a.m. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court or further order of the Court.

GOOD CAUSE APPEARING, and pursuant to stipulation of the parties, a Writ of Habeas Corpus Ad Testificandum for Ronny Mozingo, a prisoner in state custody, is hereby GRANTED.

DATED: 01/07/10



THELTON E. HENDERSON
United States District Judge