# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| Troy Adam ASHMUS,<br><br>Petitioner,<br><br>v.<br><br>Vince CULLEN, Acting Warden of San Quentin State Prison,<br><br>Respondent. | Case Number 3-93-cv-594-TEH<br><br>DEATH-PENALTY CASE<br><br>ORDER SCHEDULING CONCLUSION OF EVIDENTIARY HEARING |
|---|---|

Good cause appearing therefor, the Court hereby sets the final day of the evidentiary hearing in the present action for Friday, November 19, 2010, commencing at 9:30 a.m. At the conclusion of testimony, the Court will confer with counsel to schedule briefing of the merits of the claims addressed during the course of the evidentiary hearing.

*It is so ordered.*

DATED: November 1, 2010

THELTON E. HENDERSON
United States Senior District Judge

Case No. 3-93-cv-594-TEH
ORDER SCHEDULING CONCLUSION OF EVIDENTIARY HEARING
(DPSAGOK)