UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| TROY A. ASHMUS,<br><br>    Petitioner,<br><br>    v.<br><br>VINCENT CULLEN, Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case Number 3:93-cv-00594-TEH<br><br>DEATH PENALTY CASE<br><br>**ORDER SCHEDULING POST-HEARING BRIEFING** |

PURSUANT TO STIPULATION, the parties are ordered:

1. On or before April 1, 2011, Petitioner shall file Petitioner's Opening Brief on Claim Seven. On or before June 1, 2011, Respondent shall file Respondent's Brief on Claim Seven. On or before July 1, 2011, Petitioner shall file the Petitioner's Reply Brief, if any, on Claim Seven. Following the submission of briefing, the Court will schedule oral argument on Claim Seven.

2. On or before June 1, 2011, Petitioner shall file Petitioner's Opening Brief on Claims Four and Five. On or before August 1, 2011, Respondent shall file Respondent's Brief on Claims Four and Five. On or before September 1, 2011, Petitioner shall file Petitioner's Reply Brief, if any, on Claims Four and Five. Following the submission of briefing, the Court will schedule oral argument on Claims Four and Five.

*It is so ordered.*

Dated: 02/04/2011

IT IS SO ORDERED
Judge Thelton E. Henderson
United States District Judge

ORDER SCHEDULING
POST-HEARING BRIEFING
*Ashmus v. Cullen*, No. 3:93-cv-00594-TEH