UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| TROY A. ASHMUS,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL MARTEL, Acting Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case Number 3:93-cv-00594-TEH<br><br>DEATH PENALTY CASE<br><br>[PROPOSED] ORDER SCHEDULING POST-HEARING BRIEFING |

PURSUANT TO STIPULATION, the parties are ordered:

1. On or before April 15 2011, Petitioner will file Petitioner's Opening Brief on Claim Seven. On or before June 15, 2011, Respondent will file Respondent's Brief on Claim Seven. On or before July 15, 2011, Petitioner will file the Petitioner's Reply Brief, if any, on Claim Seven. Following the submission of briefing, the Court will schedule oral argument on Claim Seven.

2. On or before June 15, 2011, Petitioner will file Petitioner's Opening Brief on Claims Four and Five. On or before August 15, 2011, Respondent will file Respondent's Brief on Claims Four and Five. On or before September 15, 2011, Petitioner shall file the Petitioner's Reply Brief on Claims Four and Five. Following the submission of briefing, the Court will schedule oral argument on Claims Four and Five.

*It is so ordered.*

Dated: _____04/04_____, 2011

                                                          THELTON E. HENDERSON
                                                          United States District Judge