UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| TROY A. ASHMUS, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL MARTEL, Acting Warden of California State Prison at San Quentin, <br><br> Respondent. | Case Number 3:93-cv-00594-TEH <br><br> DEATH PENALTY CASE <br><br> [~~PROPOSED~~] ORDER SCHEDULING POST-HEARING BRIEFING |

PURSUANT TO STIPULATION, the parties are ordered:

1. On or before May 2, 2011, Petitioner will file Petitioner's Opening Brief on Claim Seven. On or before July 1, 2011, Respondent will file Respondent's Brief on Claim Seven. On or before August 1, 2011, Petitioner will file the Petitioner's Reply Brief, if any, on Claim Seven. Following the submission of briefing, the Court will schedule oral argument on Claim Seven.

2. On or before July 1, 2011, Petitioner will file Petitioner's Opening Brief on Claims Four and Five. On or before September 1, 2011, Respondent will file Respondent's Brief on Claims Four and Five. On or before September 30, 2011, Petitioner shall file the Petitioner's Reply Brief on Claims Four and Five. Following the submission of briefing, the Court will schedule oral argument on Claims Four and Five.

*It is so ordered.*

Dated: _____04/18_____, 2011       _____
                                    Judge Thelton E. Henderson

STIPULATION AND [PROPOSED] ORDER
AMENDING POST-HEARING BRIEFING SCHEDULE
*Ashmus v. Martel*, No. 3:93-cv-00594-TEH                                         3