UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| TROY A. ASHMUS, | Case Number 3:93-cv-00594-TEH |
| Petitioner, | DEATH PENALTY CASE |
| v. | [~~PROPOSED~~] ORDER SCHEDULING POST-HEARING BRIEFING |
| MICHAEL MARTEL, Acting Warden of California State Prison at San Quentin, | |
| Respondent. | |

PURSUANT TO STIPULATION, the parties are ordered:

1. On or before May 16, 2011, Petitioner will file Petitioner's Opening Brief on Claim Seven. On or before July 15, 2011, Respondent will file Respondent's Brief on Claim Seven. On or before August 15, 2011, Petitioner will file the Petitioner's Reply Brief, if any, on Claim Seven. Following the submission of briefing, the Court will schedule oral argument on Claim Seven.

2. On or before July 15, 2011, Petitioner will file Petitioner's Opening Brief on Claims Four and Five. On or before September 15, 2011, Respondent will file Respondent's Brief on Claims Four and Five. On or before October 14, 2011, Petitioner shall file the Petitioner's Reply Brief on Claims Four and Five. Following the submission of briefing, the Court will schedule oral argument on Claims Four and Five.

*It is so ordered.*

Dated: _____05/04_____, 2011

_____
Judge Thelton E. Henderson

STIPULATION AND [PROPOSED] ORDER
AMENDING POST-HEARING BRIEFING SCHEDULE
*Ashmus v. Martel*, No. 3:93-cv-00594-TEH