MICHAEL LAURENCE (State Bar No. 121854)
JEANNIE S. STERNBERG (State Bar No. 79353)
LORENA M. CHANDLER (State Bar No. 84314)
SUSAN GARVEY (State Bar No. 187572)
HABEAS CORPUS RESOURCE CENTER
303 Second Street, Suite 400 South
San Francisco, California 94107
Telephone: (415) 348-3800
Facsimile:  (415) 348-3873
MLaurence@hcrc.ca.gov
docketing@hcrc.ca.gov

Attorneys for Petitioner TROY A. ASHMUS

KAMALA D. HARRIS
Attorney General of the State of California
GLENN R. PRUDEN
Supervising Deputy Attorney General
RONALD S. MATTHIAS (State Bar No. 104684)
Senior Assistant Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, California 94102
Telephone:  (415) 703-5858
Facsimile:  (415) 703-1234
Ronald.Matthias@doj.ca.gov

Attorneys for Respondent MICHAEL MARTEL

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| TROY A. ASHMUS, | Case Number 3:93-cv-00594-TEH |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | **STIPULATION AND [PROPOSED] ORDER AMENDING POST-HEARING BRIEFING SCHEDULE** |
| MICHAEL MARTEL, Acting Warden of California State Prison at San Quentin, | |
| Respondent. | |

Pursuant to Northern District Civil Local Rules 6-1 and 6-2, petitioner Troy A. Ashmus ("petitioner") hereby requests, and respondent Michael Martel ("respondent") hereby agrees, that the Court amend the post-hearing briefing schedule, agreed to by the parties on May 2, 2011, and approved and filed by the Court on May 5, 2011.  (Order Scheduling Post-Hearing Briefing, filed May 5, 2011, ECF Doc. 489 ("Scheduling Order").)  Petitioner seeks, and respondent agrees, to alter

1  the post-hearing briefing filing dates by six weeks with respect to Petitioner's Opening Brief on
2  Claims Four and Five, and by two weeks with respect to Petitioner's Reply Brief on Claim Seven.

3    In support of this Stipulation and Request, petitioner proffers the following:

4    1. In accordance with this Court's Scheduling Order, petitioner must file Petitioner's
5  Opening Brief on Claims Four and Five on or before July 15, 2011.  In addition, petitioner must file
6  the Petitioner's Reply Brief, if any, on Claim Seven on or before August 15, 2011.

7    2. Undersigned counsel for petitioner has been unable to complete Petitioner's Opening
8  Brief on Claim Four and Five on July 15, 2011, due to the exponential increase in workload
9  occasioned by the extraordinary and unexpected staff departures the Habeas Corpus Resource Center
10 has recently experienced, the complexity of the factual and legal issues presented by the record
11 before this Court and the recent United States Supreme Court decisions, and pre-arranged out-of-state
12 travel.  Petitioner's further believes that these developments also will hinder counsel's ability to
13 complete and file Petitioner's Reply Brief on Claim Seven on or before August 15, 2011

14   3. Petitioner therefore requests, and respondent agrees, that the dates for complying with
15 the requirements of the Court's Scheduling Order for the filing of Petitioner's Opening Brief on
16 Claims Four and Five be extended by approximately six weeks and for the filing of Petitioner's Rely
17 Brief on Claim Seven by approximately two weeks and request that the Court issue the attached order
18 regarding the scheduling of post-hearing briefing.

19 Respectfully submitted,

20 Dated:  July 7, 2011      /s/ Michael Laurence

21            MICHAEL LAURENCE
           Habeas Corpus Resource Center
22            Attorney for Petitioner

23

24 Dated:  July 7, 2011      /s/ Ronald S. Matthias

25            RONALD S. MATTHIAS
           Senior Assistant Attorney General
26            Attorney for Respondent

27

28

STIPULATION AND [PROPOSED] ORDER  2
AMENDING POST-HEARING BRIEFING SCHEDULE
*Ashmus v. Martel*, No. 3:93-cv-00594-TEH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| TROY A. ASHMUS,<br><br>   Petitioner,<br><br>  v.<br><br>MICHAEL MARTEL, Acting Warden of California State Prison at San Quentin,<br><br>   Respondent. | Case Number 3:93-cv-00594-TEH<br><br>DEATH PENALTY CASE<br><br>[~~PROPOSED~~] ORDER SCHEDULING POST-HEARING BRIEFING |

PURSUANT TO STIPULATION, the parties are ordered:

1. On or before July 15, 2011, Respondent will file Respondent's Brief on Claim Seven. On or before September 1, 2011, Petitioner will file the Petitioner's Reply Brief, if any, on Claim Seven. Following the submission of briefing, the Court will schedule oral argument on Claim Seven.

2. On or before September 1, 2011, Petitioner will file Petitioner's Opening Brief on Claims Four and Five. On or before November 1, 2011, Respondent will file Respondent's Brief on Claims Four and Five. On or before December 1, 2011, Petitioner shall file the Petitioner's Reply Brief on Claims Four and Five. Following the submission of briefing, the Court will schedule oral argument on Claims Four and Five.

*It is so ordered.*

Dated: _____07/11_____, 2011

_____
Judge Thelton E. Henderson
United States District Judge