UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| TROY A. ASHMUS,<br><br>        Petitioner,<br><br>        v.<br><br>MICHAEL MARTEL, Acting Warden of California State Prison at San Quentin,<br><br>        Respondent. | Case Number 3:93-cv-00594-TEH<br><br>DEATH PENALTY CASE<br><br>[~~PROPOSED~~] ORDER SCHEDULING POST-HEARING BRIEFING |

PURSUANT TO STIPULATION, the parties are ordered:

1. On or before September 15, 2011, Petitioner will file the Petitioner's Reply Brief on Claim Seven. Following the submission of briefing, the Court will schedule oral argument on Claim Seven.

2. On or before October 3, 2011, Petitioner will file Petitioner's Opening Brief on Claims Four and Five. On or before December 12, 2011, Respondent will file Respondent's Brief on Claims Four and Five. On or before January 9, 2011, Petitioner shall file the Petitioner's Reply Brief on Claims Four and Five. Following the submission of briefing, the Court will schedule oral argument on Claims Four and Five.

*It is so ordered.*

Dated: _____9/12_____, 2011

_____
Judge Thelton E. Henderson
United States District Judge