UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| TROY A. ASHMUS, | Case Number 3:93-cv-00594-TEH |
| Petitioner, | DEATH PENALTY CASE |
| v. | [~~PROPOSED~~] ORDER AMENDING POST-HEARING BRIEFING SCHEDULE |
| MICHAEL MARTEL, Acting Warden of California State Prison at San Quentin, | |
| Respondent. | |

PURSUANT TO STIPULATION, the parties are ordered:

On or before October 17, 2011, Petitioner will file Petitioner's Opening Brief on Claims Four and Five. On or before December 19, 2011, Respondent will file Respondent's Brief on Claims Four and Five. On or before January 16, 2012, Petitioner shall file the Petitioner's Reply Brief on Claims Four and Five. Following the submission of briefing, the Court will schedule oral argument on Claims Four and Five.

*It is so ordered.*

Dated: _____10/3_____, 2011

Judge Thelton E. Henderson

STIPULATION AND [PROPOSED] ORDER
AMENDING POST-HEARING BRIEFING SCHEDULE
*Ashmus v. Martel*, No. 3:93-cv-00594-TEH

3