UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| TROY A. ASHMUS,<br><br>    Petitioner,<br><br>    v.<br><br>KEVIN CHAPPELLE, Acting Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case Number 3:93-cv-00594-TEH<br><br>DEATH PENALTY CASE<br><br>[PROPOSED] ORDER AMENDING POST-HEARING BRIEFING SCHEDULE |

PURSUANT TO STIPULATION, the parties are ordered:

On or before March 29, 2012, Petitioner will file Petitioner's Reply Brief on Claims Four and Five. Following the submission of briefing, the Court will schedule oral argument on Claims Four and Five.

*It is so ordered.*

Dated: \_\_\_\_\_03/09\_\_\_\_\_, 2012

*[signature: Judge Thelton E. Henderson]*

THE HONORABLE THELTON E. HENDERSON
United States District Judge

---

STIPULATION AND [PROPOSED] ORDER
AMENDING POST-HEARING BRIEFING SCHEDULE
*Ashmus v. Chappelle*, No. 3:93-cv-00594-TEH

3