UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| TROY A. ASHMUS,<br><br>    Petitioner,<br><br>    v.<br><br>KEVIN CHAPPELLE, Acting Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case Number 3:93-cv-00594-TEH<br><br>DEATH PENALTY CASE<br><br>[PROPOSED] ORDER AMENDING POST-HEARING BRIEFING SCHEDULE |

PURSUANT TO STIPULATION, the parties are ordered:

1. On or before April 12, 2012, Petitioner will file Petitioner's Reply Brief on Claims Four and Five.

2. On or before May 31, 2012, Respondent may file a Supplemental Answering Brief on Claims Four and Five.

3. Petitioner may file a Supplemental Reply Brief on Claims Four and Five no later than 30 days after Respondent files any Supplemental Answering Brief.

4. Following the submission of briefing, the Court will schedule oral argument on Claims Four and Five.

*It is so ordered.*

Dated: \_\_\_\_\_03/28\_\_\_\_\_, 2012

_____
THELTON E. HENDERSON
United States District Judge